UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DANIEL GUILLORY                                                                                         Plaintiff

v.                                                                                       Civil Action No. 3:19CV-366-RGJ

SWAN FINANCIAL CORPORATION, ET AL.                                                      Defendants

\* \* \* \* \*

## ORDER

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case [DE 39], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within thirty (30) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within thirty (30) days from entry of this Order if the settlement is not consummated.

August 23, 2021

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record